UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SOUTHEASTERN METALS MANUFACTURING
COMPANY, INC.,

    Plaintiff,

vs.    Case No. 3:07-cv-461-J-33HTS

AL'S SHEETMETAL INDUSTRY, LLC,

    Defendant.
_____/

**ORDER**

This cause comes before the Court sua sponte. It appears the undersigned Judge, or a member of her immediate family, may have an interest in an entity related to the parties herein. In order to avoid even the appearance of an impropriety, the undersigned recuses herself from this matter.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk of the Court shall reassign this matter according to usual procedures.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 21st day of September, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record